IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER LENARD PUGH, | * |
| Petitioner, | * |
| v. | Case No. 5:25-CV-173 (MTT) |
| | * |
| MARK AGBOASI, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated 12/9/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of December, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk