IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHRISTOPHER LENARD PUGH,                         *

           Petitioner,                        *

v.                                                 Case No.  5:25-cv-00173-MTT-CHW

                                  *

MARK AGBOASI,

                                  *

           Respondent.

                                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated 2/19/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 20th day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk